IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| JOHN DOE | : |
| *SUBSCRIBER ASSIGNED IP ADDRESS* | : |
| *173.49.211.126* | : NO.  14cv3796 |

O R D E R

**AND NOW**, this 8th day of September, 2014, no counsel having entered an appearance on behalf of defendant Jane Doe, **IT IS HEREBY ORDERED** that Jane Doe's Motion to Quash (Document No. 6) based on the fact that she has an attorney is **DISMISSED**.

s/William H. Yohn Jr.
William H. Yohn Jr., Judge